No. D-1661. IN RE DISBARMENT OF REEVES. Weldon Ray Reeves, of Sacramento, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M-48. LUNA v. MERIT SYSTEMS PROTECTION BOARD. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 95-6510. GRAY v. NETHERLAND, WARDEN. C. A. 4th Cir. [Certiorari granted, ante, p. 1037.] Motion for appointment of counsel granted, and it is ordered that Mark E. Olive, Esq., of Richmond, Va., be appointed to serve as counsel for petitioner in this case.

No. 95-6710. ATTWOOD v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis [ante, p. 297] denied.

No. 95-7514. SHIEH v. STATE BAR OF CALIFORNIA. C. A. 9th Cir. Motion of petitioner for leave to proceed in forma pauperis denied. See this Court's Rule 39.8. Petitioner is allowed until April 8, 1996, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 95-7473. IN RE HAWKS;
No. 95-7536. IN RE KINDER;
No. 95-7806. IN RE JOHNSON; and
No. 95-7900. IN RE ROBINSON. Petitions for writs of mandamus denied.

No. 95-7538. IN RE LORENZ; and
No. 95-7733. IN RE USHER. Petitions for writs of mandamus and/or prohibition denied.

No. 95-939. IMMIGRATION AND NATURALIZATION SERVICE v. ELRAMLY. C. A. 9th Cir. Certiorari granted.

No. 95-1065. SCHENCK ET AL. v. PRO-CHOICE NETWORK OF WESTERN NEW YORK ET AL. C. A. 2d Cir. Certiorari granted.